# Court of Appeals
# of the State of Georgia

ATLANTA,   December 03, 2014

*The Court of Appeals hereby passes the following order:*

## A15A0625.  GEORGE BELLAMY v. THE STATE.

George Bellamy was convicted of malice murder.  The Supreme Court affirmed his convictions. *Bellamy v. State*, 272 Ga. 157 (527 SE2d 867) (2000).  After the denial of his motion to correct a misnomer in the indictment, Bellamy appealed to this Court.

Under our Constitution, however, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8).  Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court.  See OCGA § 17-10-30 (b); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524 (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"). Accordingly, Bellamy's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*   12/03/2014
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*